# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'07 MJ 8916**

The person charged as __Lorenzo GARCIA-Hernandez__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____Northern_____ District of __California__

with __Illegal Re-Entry Following Deportation__,

in violation of __Title 8, United States Code, 1326__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __November 7, 2007__.

_____
CARLOS SANCHEZ
DEPORTATION OFFICER
(Name)

Reviewed and Approved:

Dated: __November 7, 2007__

_____
JOHN F. WEIS
Assistant United States Attorney

**FILED**
NOV 0 8 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

8 U.S.C. § 1326 - Illegal Re-Entry following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
20 Years Imprisonment
$250,000 Fine
$100 Special Assessment
3 Years Supervised Release

*Filed JUL 26 2006 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

*CR 06*

## DEFENDANT - U.S.

▶ LORENZO GARCIA-HERNANDEZ

*E-FILING*

**DISTRICT COURT NUMBER**

00525 RMW HRL

## PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

BICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
06-70322 RS

**Name and Office of Person Furnishing Information on THIS FORM**
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
JOSEPH A. FAZIOLI

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

**DATE OF ARREST** ▶ _____ Month/Day/Year

Or... If Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____
Before Judge: _____

Comments:

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11
                            CR 06   00525 RMW
12  UNITED STATES OF AMERICA,    )    No.                    HRL
                                 )
13       Plaintiff,              )
                                 )    VIOLATION: 8 U.S.C. § 1326 –
14  v.                           )    Illegal Re-Entry Following Deportation
                                 )
15  LORENZO GARCIA-HERNANDEZ,    )
                                 )
16       Defendant.              )    SAN JOSE VENUE
                                 )
17  _____)

18                          **INDICTMENT**

19  The Grand Jury charges:

20      On or about May 18, 2006, the defendant

21                    LORENZO GARCIA-HERNANDEZ,

22  an alien, previously having been arrested and deported from the United States on or about

23  May 30, 1995, January 26, 1999, September 25, 2002, and July 5, 2005, was found in the

24  Northern District of California, the Attorney General of the United States and the Secretary for

25  Homeland Security not having expressly consented to a re-application by the defendant for

26  admission into

27  //

28  //

INDICTMENT

1 | the United States, in violation of Title 8, United States Code, Section 1326.

2 | DATED:                                          A TRUE BILL.

4 | 26 July 2006

*/s/ [signature]*
FOREPERSON

7 | KEVIN V. RYAN
United States Attorney

*/s/ [signature]*
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

12 | (Approved as to form: */s/ [signature]* )
AUSA FAZIOLI

INDICTMENT