**DIANE M. REGAN**
California State Bar No. 207027
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Diane_Regan@fd.org

Attorneys for Mr. Garcia-Hernandez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 07MJ8916-PCL |
| )                                    | |
| Plaintiff,           )               | |
| )                                    | |
| v.                                   ) | |
| )                                    | **NOTICE OF APPEARANCE** |
| LORENZO GARCIA-HERNANDEZ,            ) | |
| )                                    | |
| Defendant.           )               | |
| _____) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Diane M. Regan, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                Respectfully submitted,

Dated: November 9, 2007                     */s/ Diane Regan*
                                                Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Garcia-Hernandez
                                                Diane_Regan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: November 9, 2007         /s/ Diane Regan
                                Federal Defenders of San Diego, Inc.
                                225 Broadway, Suite 900
                                San Diego, CA  92101-5030
                                (619) 234-8467  (tel)
                                (619) 687-2666  (fax)
                                Email: Diane_Regan@fd.org